Edward KOSSMAN, Plaintiff-Appellant,

v.

Arthur S. FLEMMING, Secretary of
Health, Education, & Welfare,
Defendant-Appellee.

No. 205, Docket 25044.

United States Court of Appeals
Second Circuit.

Argued Jan. 5, 1959.

Decided Jan. 5, 1959.

Sidney Szerlip, Brooklyn, N. Y., for plaintiff-appellant.

James M. Fitzsimons, Asst. U. S. Atty., New York City, Cornelius Wickersham, U. S. Atty., for Eastern District of New York, Brooklyn, N. Y., for defendant-appellee.

Before CLARK, Chief Judge, HAND, Circuit Judge and GIBSON, District Judge.

PER CURIAM.

Judgment affirmed in open court, D.C., 157 F.Supp. 157.

Charles PURCILLA and Timothy
McLEAN, Appellants,

v.

William H. BANNAN, Warden, State
Prison of Southern Michigan,
Appellee.

No. 13541.

United States Court of Appeals
Sixth Circuit.

Nov. 3, 1958.

Flach Douglas, Cincinnati, Ohio, for appellants.

Paul Adams, Atty. Gen., Samuel J. Torina, Sol. Gen., Lansing, Mich., for appellee.

Before MARTIN and MILLER, Circuit Judges, and JONES, District Judge.

PER CURIAM.

This cause has been heard and considered on appeal by two convicts from the denial of a petition for writ of habeas corpus filed by them.

Having duly considered the briefs and oral arguments and the record in the cause, conclusion has been reached that the dismissal of the petition for writ of habeas corpus by the district court was correct, for the reasons stated by United States District Judge Thornton in his carefully prepared and detailed opinion.

The judgment of the district court is affirmed.